IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 2:08-CV-194-J |
| RABO AGRIFINANCE, INC. AND | § | (JURY DEMANDED) |
| AG ACCEPTANCE CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## TERRA PARTNERS AMENDED APPENDIX OF SUMMARY JUDGMENT EVIDENCE

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

  **COMES NOW,** Terra Partners, Plaintiff, and submits its Appendix of Summary Judgment Evidence accompanying its Response in Opposition to Defendants' Motion for Summary Judgment and supporting Brief.

              Respectfully submitted,

              /s/ Steven E. Clark
              Steven E. Clark
              Texas Bar No. 04294800

              CLARK &MILBY, PLLC
              Elm Place
              1401 Elm St., Suite 3404
              Dallas, Texas  75202
              Tel.: 214-220-1210
              Fax: 214-220-1218
              Email: sclark@camfirm.com

              ATTORNEYS FOR PLAINTIFF TERRA PARTNERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS SERVED BY ELECTRONIC FILING ON COUNSEL FOR DEFENDANTS ON THIS 26TH DAY OF MAY, 2009.

/s/ Steven E. Clark

| Exhibit No. | Description |
|---|---|
| A | Plaintiff's Petition for Temporary Restraining Order and Injunction (CI-06F-057) |
| B | Temporary Restraining Order (CI-06F-057) |
| C | Order (2-06CV-153-J) |
| D | Opinion (2-06CV-153-J) |
| E | Cliff Walston deposition excerpts (condensed) |
| F | Bill Kirk deposition excerpts (condensed) |
| G | Steve Veigel deposition excerpts (condensed) |
| H | David LeBas letter dated November 14, 2008 |
| I | Affidavit of Steven E Clark |
| J | Affidavit of Steve Veigel |
| J-1 | 2006-11-29 Order for AAC TRO & Hearing |
| J-2 | 2008-03-27 AAC's 2nd Amended Petition |
| J-3 | 2008-04-28 Order RE AAC MSJ and Dismissal |
| J-4 | 2000-10-16 XXI Motion to Assume Leases |
| J-5 | 2000-11-02 Ag Services' Objection to XXI Lease Assumption |
| J-6 | 2000-11-17 Hearing Held RE XXI's Motion to assume leases |
| J-7 | 2000-12-21 Hearing Held RE XXI Motion to Assume Leases |
| J-8 | 2001-01-17 Agreed Order RE Assumption of XXI Leases |
| J-9 | 2001-11-30 ASV's Objection to XXI 2nd [1st] Modified Plan |
| J-10 | 2001-12-07 Agreed Order of Ag Services' Objection to XXI Plan |
| J-11 | 2001-12-07 Hearing on Confirmation of XXI 2nd Modified Plan |
| J-12 | 2001-12-07 XXI's 2nd Modified Plan |
| J-13 | 2002-01-11 Order Confriming XXI 2nd Modified Plan |
| J-14 | 2002-01-12 XXI Post-confirmation Order |
| J-15 | 2002-03-14 Hearing Held RE XXI Post Confirmation Status |
| J-16 | 2004-02-10 XXI Final Decree |
| J-17 | 2000-10-17 VFP Motion to Assume and Reject Contracts |
| J-18 | 2000-11-06 ASA & AAC Objection to VFP Motion to Assume & Reject Contracts |
| J-19 | 2000-11-17 Video Hearing RWE VFP's Motion to Assume & Reject Contracts |
| J-20 | 2001-01-05 Agreed Order on VFP Assume & Reject Contracts |

| Exhibit No. | Description |
|---|---|
| J-21 | 2001-11-30 Ag Services Objection to VFP Plan |
| J-22 | 2001-12-07 Agreed Order RE Ag Services' Objection to VFP Plan |
| J-23 | 2001-12-07 Hearing Held VFP 3rd Modified Plan Confirmed |
| J-24 | 2001-12-07 VFP Confirmed Plan |
| J-25 | 2002-01-03 Order Confirming VFP 3rd Modified Plan |
| J-26 | 2002-01-07 Certificate of Services of VFP Post-Confirmation Order |
| J-27 | 2002-03-14 Hearing Held RE VFP post-confirmation status |
| J-28 | 2004-02-10 VFP Final Decree |
| J-29 | 2002-10-25 Stipulation RE 10-20-02 Settlement |
| J-30 | 2003-07-15 Bench Ruling RE Clarified Settlement |
| J-31 | 2003-08-04 Order on Motion to Clarify & Enforce Settlement |
| J-32 | 2003-08-28 Clarified Settlement Agreement |
| J-33 | 2005-12-06 NAD Director Review RE 2004 DCP |
| J-34 | 2006-01-10 NAD Denial of FSA's Reconsideration |
| J-35 | 2006-05-24 NAD Determination RE 2005 DCP |
| J-36 | 2006-08-02 NAD Director Review RE 2005 DCP |
| J-37 | 2006-09-08 NAD Determination RE 2006 DCP |
| J-38 | 2007-04-24 TP Cross Claim |
| J-39 | 2007-11-29 TP Leave to Amend Complaint |
| J-40 | 2007-12-05 Order RE Leave to Amend |
| J-41 | 2008-01-15 Fed #3 Final Judgment w-o Exhibits |
| J-42 | 2000-05-01 Equipment Lease |
| J-43 | 2004-01-01 Extension of XXI lease to TP |
| J-44 | 2000-05-01 BV's Lease to Terra Partners |
| J-45 | 2003-07-18 Extension of BV's lease to TP |
| J-46 | 2003-07-18 XXI Lease to TP |
| J-47 | 2006-10-1 Extension of BV's lease to TP |
| J-48 | 2002-01-08 FAC Post Confirmation Modification |
| J-49 | 2002-02-01 Harmon letter RE Redocumentation |
| J-50 | 2006-09-20 RAF-AAC Original Petition in Fed #3 |
| J-51 | 2006-06-09 TRO in Fed #3 |
| J-52 | 2006-06-23 Order RE Extending TRO |

| Exhibit No. | Description |
|---|---|
| J-53 | 2006-07-24 Rabo's Brief in Support of Injunction |
| J-54 | 2006-07-24 Order forTemporary Injunction |
| J-55 | 2006-10-17 Writ of Possession |
| J-56 | 2004-04-28 BV's Homestead Designation Ex 75 |
| J-57 | 2006-10-23 BK's SWA Ticketless Confirmation |
| J-58 | 2006-10-27 Riney Letter RE Personal Property |
| J-59 | 2006-10-30 Van's Letter RE No Abandonment |
| J-60 | 2007-04-18 Smiens Testimony Excerpts RE Lien Position |
| J-61 | 2003-08-12 ASV Foreclosure Notice |
| J-62 | 2003-08-12 AAC Foreclosure Notice |
| J-63 | 2003-09-02 AAC Trustee's Deed |
| J-64 | 2003-08-25 Special Warranty Deed From AAC |
| J-65 | 2003-08-14 Real Estate Lien Note |
| J-66 | 2003-08-14 Deed of Trust |
| J-67 | 2003-10-08 Trustee's Deed of Trust |