IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, | § | |
|     Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 2:08-CV-194-J |
| RABO AGRIFINANCE, INC. AND | § | (JURY DEMANDED) |
| AG ACCEPTANCE CORPORATION, | § | |
|     Defendants. | § | |

## PLAINTIFF'S THIRD AMENDED TRIAL EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Terra Partners, Plaintiff, and submits its second amended trial exhibit list as follows:

    Respectfully submitted,



/s/ Steven E. Clark
Texas Bar No. 04294800

Kennedy, Clark & Williams, PC
1700 Pacific, Suite 1280
Dallas, Texas 75201
Tel.: 214-979-1122
Fax: 214-979-1123
Email: sclark@kcwfirm.com

Attorney for Plaintiff
Terra Partners

### CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served upon counsel for Defendants pursuant to the Federal Rules of Civil Procedure on this the 15th day of October, 2010.

/s/ Steven E. Clark

| Trial Exhibit No. | Exhibit Description | Offered | Admitted |
|---|---|---|---|
| 1 | 1994-07-01 Contract for Sale | | |
| 2 | 1994-10-28 VCC Resolution | | |
| 3 | 1994-11-01 Assignment of Contract for Sale | | |
| 4 | 1994-11-01 XXI Loan Commit to VFP | | |
| 5 | 1994-11-01 VFP $1.1 mil note to XXI | | |
| 6 | 1994-11-01 VFP Sec Agree to XXI | | |
| 7 | 1994-11-01 VFP UCC-1 to XXI DSCo | | |
| 8 | 1994-11-01 VFP UCC-1 to XXI TX | | |
| 9 | 1994-11-01-4 XXI Lease to VFP | | |
| 10 | 1994-11-01-7 XXI Lease to VGC | | |
| 11 | 1994-11-10 FCBT Deed Of Trust | | |
| 12 | 1997-03-18 1997 Credit Application page 3 | | |
| 13 | 1997-03-21 Acknowledgment of Leases | | |
| 14 | 1997-04-02 ASA | | |
| 15 | 1997-04-07 XXI Subrogation | | |
| 16 | 1998-05_ XXI Subrogation to ASA | | |
| 17 | 2000-05-01 Equipment Lease | | |
| 18 | 2000-09-01 XXI's Voluntary Petition | | |
| 19 | 2000-09-22 0108 VFP Schedules A – J | | |
| 20 | 2000-10-16 XXI Motion to Assume Leases | | |
| 21 | 2000-10-17 VFP Motion to Assume and Reject Contracts | | |
| 22 | 2000-11-17 Proceeding Memo RE XXI's Motion to assume leases | | |
| 23 | 2000-11-17 Proceeding Memo RWE VFP's Motion to Assume & Reject Contracts | | |
| 24 | 2001-01-17 Agreed Order RE Assumption of XXI Leases | | |
| 25 | 2001-05 Agreed Order on Assume & Reject Contracts | | |
| 26 | 2001-12-07 XXI's 2nd Modified Plan | | |

| Trial Exhibit No. | Exhibit Description | Offered | Admitted |
|---|---|---|---|
| 27 | 2001-12-07 VFP Confirmed Plan | | |
| 28 | 2002-01-03 Order Confirming 3rd Modified Plan | | |
| 29 | 2002-01-11 Order Confirming 2nd Modified Plan | | |
| 30 | 2002-07-06 ASV 2002 Lease | | |
| 31 | 2003-07-18 Extension of BV's lease to TP | | |
| 32 | 2003-07-18 XXI Lease to TP | | |
| 33 | 2003-08-01 Appraisal of Grain Elevator | | |
| 34 | 2003-08-12 AAC Foreclosure Notice | | |
| 35 | 2003-08-12 ASV Foreclosure Notice | | |
| 36 | 2003-08-14 Deed of Trust | | |
| 37 | 2003-08-25 Special Warranty Deed From AAC | | |
| 38 | 2004-01-01 Extension of XXI lease to TP | | |
| 39 | 2006-01-27 Bob Stephen's Deposition p. 26 – 28 | | |
| 40 | 2006-06-09 Temporary Restraining Order to Ds' to not move or destroy equipment; Rabo Agrifinance, Inc. v. Terra XXI Ltd., et al.; Cause No. CI-06F-057; Walston Depo Ex. 13 | | |
| 41 | 2006-07-24 Order (granting preliminary injunction to not remove or destroy equipment); Rabo Agrifinance, Inc., et al. v. Terra XXI Ltd., et al.; Cause No. 2-06CV-153; Walston Depo Ex. 14 | | |
| 42 | 2006-09-08 NAD Determination RE 2006 DCP | | |
| 43 | 2006-10-1 Extension of BV's lease to TP | | |
| 44 | 2006-10-23 - Bill Kirk's Southwest Airlines Ticketless Confirmation | | |
| 45 | 2006-10-31 Photos of Equipment Not Sold | | |
| 46 | 2006-11-02 Inventory of Veigel Farms | | |
| 47 | 2006-11-02 Inventory of Veigel Farms; Fischels Depo Ex. 32 | | |
| 48 | 2007-01-23 Middleton Appraisal | | |
| 49 | 2007-07-01 AAC & RAF Lease to Cnossen Dairy | | |
| 50 | 2007-07-01 HPJ Ads | | |
| 51 | 2007-08-06 Linda Kobliska Transcript RE TP Equip | | |

| Trial Exhibit No. | Exhibit Description | Offered | Admitted |
|---|---|---|---|
| 52 | 2007-08-06 Linda Kobliska Trial Transcript Excerpts | | |
| 53 | 2007-08-08 Judicial Admission RE Permission to Remove | | |
| 54 | 2007-08-29 Exhibit to Order | | |
| 55 | 2008-01-15 Final Judgment | | |
| 56 | 2008-02-13 Writ of Execution | | |
| 57 | 2008-03-20 Notice of Sale & Auction | | |
| 58 | 2008-04-02 Auction Sales Receipts | | |
| 59 | 2008-04-07 P's Notice of Sales Credits in Cause No. 2:05-CV-00243-J | | |
| 60 | 2008-04-08 Marshal's Return on Writ in Cause No. 2:06-CV-00153-J | | |
| 61 | 2008-07-01 AAC & RAF Lease to Cnossen Dairy | | |
| 62 | 2008-11-14 David LeBas letter | | |
| 63 | 2010-10-13 SV List of Converted Property | | |
| 64 | 2010-10-14 Assignments of Terra Partners | | |
| 65 | Photos of Equipment - from produced cd labeled Terra Partners Farm Inspection CD | | |
| 66 | Photos of Equipment Taken by C&W (bates # Rabo/RCS 00001 - 182) | | |
| 67 | Maps of the Farm | | |
| 68 | Auction Sales Receipts - Totals Tapes (bates #s Rabo/RCS 579-581, 601, 618-619, 649-650, 670-671 and 695) | | |
| 69 | Ds' Response to Ps' Summary Judgment Notice Re Sales Credits and Objection to Confirmation of Sale in Cause No. 2:05-CV-00243-J | | |
| 70 | Price Quotes | | |
| 71 | Purchase Invoices | | |
| 72 | Repair Invoices | | |
| 73 | B Time Line | | |
| 74 | BK's Assignment to TP | | |

Plaintiff also reserves the right to offer and use at trial any of Defendants' trial exhibits and documents requested to be produced by Plaintiff. Should Plaintiff's motion concerning Defendants' lack of capacity not be resolved prior to trial, then Plaintiff reserves the right to add such exhibits from the motion as additional trial exhibits[1].

---

[1] These exhibits are listed on Plaintiff's original exhibit list submitted on June 22, 2009.

**P's Third Amended Trial Exhibit List**                                                                 **Page 5 of 5**